IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY A. BUSH,                           No. CIV-S-01-1653 MCE/KJM P

    Plaintiff,

  v.                                       <u>ORDER</u>

C/O GRAY, ET AL.,

    Defendants.
_____/

    Plaintiff is a state prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On August 26, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

///

///

1

1  Plaintiff has filed objections to the findings and
2  recommendations.[1]
3      In accordance with the provisions of 28 U.S.C.
4  § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a
5  de novo review of this case.  Having carefully reviewed the
6  entire file, the court finds the findings and recommendations to
7  be supported by the record and by proper analysis.
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///

---

22  [1] In his objections, plaintiff seeks "leave to amend his complaint to include the suggestions he mentioned in [his] opposition [to defendant's motion for summary judgment]" if the court deems amendment "necessary."  Objections at 8:9-13.  Given the vague nature of plaintiff's request, and the length of time plaintiff's original complaint has been pending before the court, the court does not find that the interests of justice would be served by granting plaintiff leave to amend.  See Fed. R. Civ. P. 15(a).

2

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 26, 2005, are adopted in full;

2. Defendant's December 2, 2004 motion for summary judgment is granted as to plaintiff's denial of access to court's claim and denied as to plaintiff's claims arising under state law;

3. Plaintiff's January 18, 2005 cross-motion for summary judgment is denied;

4. Plaintiff's state law claims are dismissed without prejudice to refiling in state court; and

5. This case is closed.

DATED: September 30, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE