# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF

| | |
|---|---|
| ANTHONY ARTHUR BUSH,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>GRAY; et al.,<br><br>Defendants - Appellees. | No. 05-17183<br>D.C. No. CV-01-01653-MCE/KJM<br><br><br><br>**ORDER** |

This appeal has been taken in good faith [ ]

This appeal is not taken in good faith [✓]

Explanation: _Appellant has admitted that he was not denied access to the courts and he may re-file his tort action in state court_

_____
Judge
United States District Court

Date: **DEC - 6 2005**